RECEIVED
CLERK'S OFFICE
2009 DEC 10 AM 9:03
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| VS. | : CASE NUMBER: |
| | : 1:99-CR-00016-1 |
| CRAIG BUTLER, | : |
| Defendant, | : |
| AND | : |
| PUGMIRE LINCOLN MERCURY, INC, | : |
| Garnishee. | : |

## ANSWER OF THE GARNISHEE

__Michael Cordivari__ BEING DULY SWORN (Affiant) DEPOSES AND SAYS:

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____

_____

[State full name and address of business]

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which

Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the [State Official Title] __Office Manager__ of Garnishee, a

corporation, organized under the laws of the State of __Georgia__.

On  December  7 , 2009, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes  No
___   ✓/   1. Defendant was in my/our employ.   Defendant resigned 10-28-09

2. Pay period is ___ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

(a) Gross Pay                              $_____

(b) Federal Income Tax                     $_____

(c) F.I.C.A. Income Tax                    $_____

(d) State Income Tax                       $_____

Total of Tax Withholdings                  $_____

Net Wages (disposable earnings)            $_____

[(a), less total of (b),(c),(d)]           $_____

Amount of wages subject to Garnishment (25% of disposable income or amount by which weekly disposable earnings exceed thirty times Federal minimum hourly wages, whichever is less, 15 U.S.C. § 1673).  $_____

4. Have there been previous garnishments in effect? If the answer is yes, describe below:
Yes
Cobb County State Court    Case # 09G4717
Cobb County State Court    Case # 2009G4994

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate Date or Due Date |
|---|---|---|
| 1. | $_____ | _____ |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |
| 4. | $_____ | _____ |

Check the applicable line below if you deny that you hold property subject to this Order of Garnishment.)

____ [The Garnishee makes the following claim of exemption on the part of Defendant]

____ [Or has the following objections, defenses, or set-offs to plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

✓ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, _Craig Butler_, and that the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor,
_Craig Butler_
(NAME)
_2966 Waverly Ct_
(ADDRESS)
_Atlanta, GA 30339_

and (2) United States Attorney's Office, Attention: Financial Litigation Unit, Post Office Box 1702, Macon, Georgia 31202-1702.

_____ Offa May
GARNISHEE

Sworn to and subscribed before me this _9th_ day of _December_, 2009.

_Brenda W. Ellers_
NOTARY PUBLIC
MY COMMISSION EXPIRES: _____

[Notary Seal: BRENDA W ELLERS, NOTARY, EXPIRES, GEORGIA, SEPT. 11, 2012, PUBLIC, COBB COUNTY]

## ATTACHMENT TO ANSWER OF GARNISHEE

The original Answer must be mailed to:

    Mr. Gregory J. Leonard, Clerk
    United States District Court
    475 Mulberry Street
    Post Office Box 128
    Macon, Georgia 31202

and a copy of this Answer to:

    United States Attorney's Office
    Attention: Financial Litigation Unit
    Post Office Box 1702
    Macon, Georgia 31202-1702